UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ANTHONY BOYKIN )
_____ )
Plaintiff )
)
vs. )Case No. _____
)
KAREN BEASLEY )
JAMES MATHY, AW? )
SYLVIA MAHONE, MD )
EDDIE JONES, WARDEN )
ROGER E. WALKER, JR Defendant(s) )

## COMPLAINT

☑ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other
_____

*Please note:* This form has been created for prisoners but can be adapted for use by non-prisoners.

Now comes the plaintiff, ANTHONY BOYKIN , and states as follows:

My current address is: PONTIAC CC

The defendant KAREN BEASLEY , is employed as MED TECH at PONTIAC CC

The defendant JAMES MATHY , is employed as AWD at PONTIAC CC

/

The defendant  _SYLVIA MAHONE_, is employed as _MEDICAL DIRECTOR_ at _PONTIAC CC_

The defendant _EDDIE JONES_, is employed as _WARDEN_ at _PONTIAC CC_

(revised 9/96)

The defendant _ROGER E WALKER_ is employed as _DIRECTOR_ at _IDOC_

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☒   No ☐

If yes, please describe
I thought I was going home on 8-31-07 and didn't pay the filing fee. I was intending to pay it when I filed it in the world

B. Have you brought any other lawsuits in state or federal court while incarcerated?
Yes ☒   No ☐

C. If your answer to B is yes, how many? _1_ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:
   Plaintiff(s) _See Boykin V. Mahone 1:07 cv-1266_
   Defendant(s) _DR. MAHONE and ANS MANY_

2. Court (if federal court, give name of district; if state court, give name of county)

2

3. Docket Number/Judge

   *1:07 CV1006 HAB-JAG*

4. Basic claim made

   *Denial Medical Treatment*

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?)

   *Dismissed without Prejudice*

6. Approximate date of filing of lawsuit   *3-22-07*

7. Approximate date of disposition

   *6-26-07*

For additional cases, provide the above information in the same format on a separate page.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☑   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☑   No ☐   If your answer is no, explain why not

_____

_____

C. Is the grievance process completed?   Yes ☑   No ☐

   *PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY*

3

*INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

Attached are the following documents

a) Initial Grievance submitted 11-13-06

b) Letter to AWO Mattry submitted 11-14-06

c) Request for Payment given to me 11-18-06 by medtech

d) Memorandum from Dr. Mahone 12-5-06

e) 2 Pages medical records starting 12-8-06 12-22-06

f) Letter from Melody J. Ford, AR.B concurred and signed by Director Walker

4

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

Copy Made

| Date: 11-13-06 | Committed Person: Boykin, A | ID#: R55358 |
|---|---|---|
| Present Facility: PONTIAC | Facility where grievance issue occurred: PONTIAC | |

**NATURE OF GRIEVANCE:**

☐ Personal Property   ☐ Mail Handling   ☐ Restoration of Good Time   ☐ Disability
☐ Staff Conduct   ☐ Dietary   ☑ Medical Treatment   ☐ Other (specify):
☐ Transfer Denial by Facility   ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: ___/___/___  Date of Report    Facility where Issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I turned in a medical kite to Sgt. Kohs on 11-8-06 regarding my ear infection. I gave a C-96 to the nurse on the morning of 11-9-06. I talked to the med tech Mr. Brown about pain medication. It's now 11-13-06 and I have the same ear ache and am losing hearing in my right ear. I need medical Treatment! It's a violation of the 8th Amendment to deny me medical treatment and pain medication when I have notified staff responsible for turning in kites & arranging sick call. Mr. Brown was informed on 11-9-06 at noon.

**Relief Requested:** I request to see medical and I request medical Treatment immediately.

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Boykin, A          R55358          11/13/06
Committed Person's Signature   ID#   Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 11/21/06   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: Copy of grievance sent to medical unit for a response.

R. Flex          R. Flex          11/27/06
Print Counselor's Name   Counselor's Signature   Date of Response

**EMERGENCY REVIEW**

Date Received: 11/14/06   Is this determined to be of an emergency nature?
   ☐ Yes; expedite emergency grievance
   ☑ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

[signature]          11-15-06
Chief Administrative Officer's Signature   Date

Distribution: Master File; Committed Person          Page 1          DOC 0046 (Eff.10/2001)
                                                                                    (Replaces DC 5657)
Printed on Recycled Paper

11-14-06

TO: AWO MATTY
FROM: A. BOYKIN R55358
N103

NOV — 2006

I still have not been seen by Medical regarding the pain in my right ear as I stated last night. As Associate Warden of Operations it is partially your responsibility to ensure that my medical needs are met. It's been one week... I sent legal mail to a Law firm on 11-9-06, which I requested on the P-96 to be sent as certified mail. For some odd reason the mail room did not send this mail out as certified mail as I requested. I see a pattern beginning to happen at Pontiac as I expected. Is the ADO Cox's from Nevada work? Why am I in a cell with no cold water and the sink is still leaking? If that Law firm tells me they did not get that mail you know that is a nice law suit. I'm really not trying to start any litigation in Illinois, but I'm not going to pushed over and allow my civil rights to be violated either. I request that I see medical about my ear and to get pain medication. I also request to be moved out of this cell.

I wrote you about my typewriter and proposed a remedy. I'm awaiting your reply. I would appreciate my shoes out of property.

Respectfully,
Anthony Boykin R55358
N103

cc: my file
cc: M. Powers, Att.

also on 11-14 2-Certifs went out to — James Meeks & NAACP

6

11/15/06
copies to Medical Director
Supt. Melvin

Mailroom
Milo

**REQUEST FOR PAYMENT**

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

Date: 11-18-06

Name (print): BOYKIN, ANTHONY    I.D. No.: R55358    Housing Unit: NCH 103

Please pay to: _____
Address: _____
City: _____ State: _____ Zip: _____
The sum of _____ $2.00 dollars and .00 cents
and charge to my account, for HEALTH CARE SERVICES

☐ APPROVED    x a. B____
☐ NOT APPROVED

         Inmate Signature    ID No.
                             x a.____
                             Witness

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of postage for the attached mail.

_____
Inmate Signature

ID No. _____

**FOR TRUST FUND USE ONLY**

Trust Fund Balance              $ _____
Less amount of payment          $ _____
Current balance after payment   $ _____

Check No. _____ Date _____

_____
Business Office

**REQUEST FOR PAYMENT OF POSTAGE**

Postage requested
in the amount of _____ dollars _____ cents

☒ Postage Paid

**FOR JUVENILE DIVISION USE ONLY**

Received by: _____ _____
              (Staff)    Date

Received by: _____ _____
              (Youth)   Date

DC 328 (08/91)    IL 426-0207

SICK CALL



**Illinois Department of Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Pontiac Correctional Center / 700 West Lincoln Street, P.O. Box 99 / Pontiac, IL 61764 / Telephone: (815) 842-2816 / TDD: (800) 526-0844

MEMORANDUM

DATE: December 5, 2006

TO: Anthony Boykin
R55358   N103

FROM: Sylvia Mahone, M.D.
Medical Director

SUBJECT: RECENT CORRESPONDENCE

I have read the letter dated 11/30/06 and reviewed the applicable medical record.

In your letter you state that you are experiencing hearing loss. You will be seen in MD sick call the week of 12/04/06.

Medical concerns are to be directed to your cellhouse CMT who will evaluate you for treatment or refer you if appropriate. Alternatively, you may send a yellow "Medical Request" slip to the Health Care Unit Administration requesting medical services.

Cc: Offender Medical Records
Medical Director

8

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Outpatient Progress Notes**

__PONTIAC CORRECTIONAL__ Center

Offender Information:

Last Name: Boykin   First Name:   MI:   ID#: R55358

| Date/Time | RN note Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/8/06 12N | O - P236 rec'd from Dr Mahone to place on s/c ——— J Ellinger | P - S/c to screen for hearing loss per Dr Mahone |
| 12-9-06 | SICK CALL<br>WEIGHT 192 lbs<br>BP 132/84<br>TPR 98.4 72 14<br>MD NOTE Voss | |
| 12-9-06 | Inmate states that his (R) ear hurting since 2005. Seen by MD 2005. Scheduled to see ENT - not seen by MD these Denies cough/cold Denies allergy s/o WNL except R) ear wax could not see TM. No discharge | Debrox ear drops 2 dp bid x10 d<br>Needs ear flushing s/c 1 wk<br>No<br>I don't think there is hearing loss |
| | A: Cerumen Impaction | |
| | 9 | D Brow 12/08/06 2:30pm |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

___PONTIAC CORRECTIONAL___ Center

Offender Information:

Last Name: Barker   First Name: Anthony   MI: ___   ID#: R55358

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12-22-06 0920 | NP note<br>S: C/o (L) ear pain<br>O: (L) TM cloudy poor light reflex Throat injected c̄ yellow PND. ∅ cervical LAD<br>Lungs clear Heart RRR<br>A: ① OM ; URI | P: Doxycycline 100mg<br>÷ po bid #20<br>CTM ī po q̄6 prn #14<br>Tylenol 325mg<br>ī po tid q̄6 prn #24<br>[signature] |
| ~~12-22-06~~ | RN Note cont<br>~~0930~~ cont | [signature] RN 1030 12-22-06 |
| 1-10-07 8:30 AM | Dental Note:<br>S "routine dental ppt"<br>O periodontally compromised<br>#10<br>A wmls #10 ext/Xrd | Annette S Wooldridge DA 1-10-07 8:30 AM<br>P: Motrin 600mg<br>QID x 2 Tabs<br>Pen VK 250mg QID x 21 Tabs<br>Signed Consent Form<br>Signed P-96 $5.00 co-pay<br>ext noted #10 |

10

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

**Illinois
Department of
Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

August 23, 2007

Anthony Boykin
Register No. R55358
Pontiac Correctional Center

Dear Mr. Boykin:

This is in response to your grievance received on May 16, 2007, regarding medical treatment (alleges he is not being treatment for an earache), which was alleged to have occurred at Pontiac Correctional Center. This office has determined the issue will be addressed without a formal hearing.

The Grievance officer's report, 044387, and subsequent recommendation dated May 1, 2007 and approval by the Chief Administrative Officer on May 7, 2007 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Melody J. Ford
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

cc: Warden Eddie Jones, Pontiac Correctional Center
Anthony Boykin, Register No. R55358
Chron. File

## STATEMENT OF CLAIM

Place of the occurrence _PONTIAC CC_

Date of the occurrence _____

Witnesses to the occurrence _____

State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.
Unrelated claims should be raised in a separate civil action.
   THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

On 11-9-06 I started having ear aches and turned in a regular P-96 which was witnessed by Sgt. Kuntz. On 11-18-06 Med Technician Karen Beasly brought me a filled out P-96 that I signed per policy. On 11-13-06 I submitted a grievance requesting medical treatment. I also submitted a letter to AWO Mathy on 11-14-06. On 12-5-06 I recieved a memo from Dr. Mahone regarding my ear. On 12-8-06 I was placed on sick call exactly one month after complaining about pain in my ear. On 12-9-06 I was seen by a medical person at which time I explained to him the history of my ear aches. On 12-22-06 I was seen by Dr. Mahone at health care and was prescribed the medications described on page 10 of this complaint. I allege that the named

12

defendants. BEASLY, MATHY, and MAHONE were deliberately) indifferent to the pain I suffered and denied me medical treatment from 11-9-06 through 12-22-06 in violation of the 8th and 14th amendments to the United States Constitution. Additionally, DEFENDANTS EDDIE JONES and ROGER E. WALKER are guilty of the same for failure to train which constitutes a violation of those same constitutional rights. Page 11 of this complaint dated 8-23-07 demonstrates that I have exhausted the grievance procedures relevant to this matter.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

$100,000 COMPENSATORY DAMAGES

$50,000 PUNITIVE DAMAGES

**JURY DEMAND**          Yes ☑    No ☐

Signed this ___10___ day of ___MARCH___,
19 _2008_.

*( Signature of Plaintiff)*

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Address: | Telephone Number: |

13