UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ANTHONY R. BECKER                        )
_____          )
                                         )
_____          )
                                         )
            Plaintiff,                   )
                                         )
       vs.                               )         No. _____
                                         )         (Supplied by Clerk)
KAREN BEASLEY                            )
_____          )
                                         )
_____          )
                                         )
            Defendant(s)                 )

PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED
WITHOUT PREPAYMENT OF FEES AND COSTS

   I, ANTHONY R. BECKER, plaintiff, move the court for leave to proceed without prepayment of fees and costs in the above action. I declare under penalty of perjury that the following facts are true:

   1. I am the party initiating this action and I believe I am entitled to redress.

   2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of proverty.

   3. I am (check one) Single ✓   Married ____   Separated ____   Divorced ____

   4. My responses to the following questions are true:

   A. Are you presently employed in any capacity including a paying position while incarcerated as an inmate in a correctional center? Yes ( ) No (✓)

   B. If so, by whom, what is your position, and what is your pay?
   _____0_____
   _____

   C. If not, when were you last employed and what was your pay? This includes prior inmate positions?
   _____1985_____

   D. Have you received money from any other source, including judgments, in the last 6 months? Yes ( ) No (✓) If yes, describe each source and state how much you received.
   _____
   _____

   E. If you are presently incarcerated, how much money do you have in your institutional trust fund account? ____0____

17

F. If withdrawals were made from your institutional trust fund account during the past 6 months, please explain when, how much, and the purpose for which funds were used.

Commisary / filing fee

G. How much money do you have in private checking or savings accounts?

0

H. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc. (except for ordinary household furniture and clothing)? Yes ( ) No (✓)

If yes, describe the property and its approximate value:

I. Do you have any debts or obligations? Yes ( ) No (✓)

If yes, list the amount owed, to whom, and any current payments that you are making.

J. List your dependents, state your relationship to them, and state how much you contribute to their support each month. Also, state how long you have contributed to that support and other means by which your dependents receive support.

0

K. Estimate the total amount of income or support that your dependents receive per month on the average, excluding your contributiions to them.

0

I declare under penalty of perjury and fine that the foregoing is true and correct and that I have a continuing duty to advise the court of any changes in my financial position as stated above.

_Anthony R. Cook_
SIGNATURE

3-10-08
DATE

/ 8

2