E-FILED
Wednesday, 12 March, 2008 01:34:13 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

_ANTHONY R. BOTKIN_____, )

    Plaintiff,            )

    vs.                 )   No. _____

_KAREN BEASLEY et al_____, )

    Defendant(s)      )

### MOTION FOR APPOINTMENT OF COUNSEL

1.  I, _____ANTHONY R. BOTKIN_____, declare that I am the
plaintiff in the above-entitled case.  I further state that I am
unable to afford the services of an attorney.  I hereby request
the court to appoint counsel to represent me in this case.
Should the court grant the motion, I agree to provide for payment
of attorney fees out of any recovery I might obtain in this case.

2.  In support of my motion, I declare that I have made the
following attempts to retain counsel to represent me in this
lawsuit:

     WRITTEN TO SEVERAL ATTORNEYS
_____
_____
_____
_____
_____
_____

3.  In further support of my motion, I declare that (check
appropriate answer):

  ✓      I am not currently represented (and have not
          been represented previously) by an attorney
          appointed by this court in this or any other
          civil or criminal proceeding before this
          court.

          I am currently (or previously have been)
          represented by counsel appointed by this
          court in the proceeding(s) described on the
          attached page.

14

4.    In further support of my motion, I declare that (check appropriate answer):

___✓___    I have attached an original application to proceed in forma pauperis detailing my financial status.

_____    I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

_____    I previously filed an application to proceed in forma pauperis; however, my financial status has since changed. Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5.    I declare under penalty of perjury that the foregoing is true and correct.

_Anthony R. Beck_

Movant's Signature

_Pontiac CC_

Street Address

_____

City/State/Zip Code

Date:    _3-10-08_

15

2

10/94

## CERTIFICATE

(TO BE COMPLETED FOR PRISONERS ONLY.  THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER.)

   I hereby certify that the plaintiff or petitioner in this action has the sum of $_____ in his trust account at the correctional center where he is confined.  I further certify that the plaintiff or petitioner has the following securites to his credit according to the records of this institution:

_____

_____

_____

_____

_____

                              _____
                              (Authorized Officer)

                              _____
                              (Institution)

                              _____
                              (Title)

                              DATE_____

IMPORTANT:
   THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX-MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.

16