

E-FILED
Wednesday, 12 March, 2008  03:53:04 PM
Clerk, U.S. District Court, ILCD



# United States District Court

## Central District of Illinois

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

### OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

March 12, 2008

INMATE NAME AND #Anthony Boykin R55358

CASE NUMBER. 08-1064

Trust Fund Department
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL 61764

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from the above named inmate.   In order for the Court to determine whether he is entitled to proceed in forma pauperis, the Court must review his trust fund ledgers for the six months immediately proceeding receipt of his complaint.   Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of the above named inmate's trust fund ledgers for the period **9/12/07-3/12/08**, within fourteen days of the date of this letter.   Please mail the trust fund ledgers to:

> United States District Court
> Central District Of Illinois
> 309 Federal Building
> 100 N.E. Monroe
> Peoria, IL 61602

Please refer to the above referenced case number when submitting the trust fund ledgers.  Thank you.

Sincerely,

Pamela E. Robinson

Clerk, U.S. District Court