# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Anthony R. Boykin** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| | ) | |
| **vs** | ) | |
| | ) | **CASE NO. 08-1064** |
| **Karen Beasley et al** | ) | |
| Defendant | ) | |

**TO:  THE WARDEN of** Pontiac Correctional Cener at Pontiac, IL.

**WE COMMAND** that you produce the body of **Anthony Boykin**, Register No. **R55358**, in your custody at Pontiac Correctional Center before the United States District Court at the video conference site at STATEVILLE Correctional Center, Joliet, IL, on **4/16/08 at 1:30 p.m.  (NOTE:  All inmates must arrive at the Federal Building at least one-half hour prior to the beginning of the hearing.**) and from time to time as he may be directed by the Court, in order that said prisoner may then and there respond to and answer such questions as may be asked him in the course of the hearing being conducted. At the termination of said hearing you may return him to the institution.

**WITNESS** the Honorable Pamela E. Robinson, CLERK of the United States District Court for the Central District of Illinois.

DATED:  3/13/08

PAMELA E. ROBINSON, CLERK
UNITED STATES DISTRICT COURT

BY:  _s/ S. Marvel_____
         Deputy Clerk