# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT PEORIA
### VIDEO WRIT

| CASE NAME:<br><br>Anthony R. Boykin<br>    v.<br>Karen Beasley et al | CASE NO.<br><br>08-1064 | Beginning Date of Hearing:<br><br>4/16/08 at 1:30 p.m. (CST) | Type of Hearing: Merit Review Hearing<br><br>Length of Hearing: 1 hour |
|---|---|---|---|

**TO: THE WARDEN OF STATEVILLE CORRECTIONAL CENTER**

   WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Anthony R. Boykin | B55358 | Pontiac go to Stateville | 4/16/08 | 1:30 PM |
|  |  |  |  |  |
| Judge Harold A. Baker | n/a | Urbana, Federal Courthouse | 4/16/08 | 1:30 PM |
|  |  |  |  |  |
|  |  |  |  |  |

**Dated:    March 13, 2007**

                                            JOHN M. WATERS, CLERK
                                            UNITED STATES DISTRICT COURT

                                            BY: ___s/ S. Marvel_____
                                                 DEPUTY CLERK

CC: Video Clerk
 Faxed to: Warden of Pontiac Correctional Center

Format and wording approved by IDOC Legal Counsel 2/11/98

# FAX TRANSMISSION

CENTRAL DISTRICT OF ILLINOIS
309 FEDERAL BUILDING, 100 N.E. MONROE
PEORIA, IL 61602
309-671-7117
FAX: 309-671-7120

**To:**    Warden, Stateville Correctional Center
815-774-3836
Urbana Video Clerk, 217/373-5834

**Date:**    March 13, 2007

**Pages:**    2,   including this cover sheet.

**From:**    Sarah

**Subject:**    Scheduling of Video Conferencing Equipment

COMMENTS:

    Wardens:

        Attached is the video writ for inmate/witnesses at your institution./location.  Please refer to the attached schedule and call if you have any questions.

# FAX TRANSMISSION

**CENTRAL DISTRICT OF ILLINOIS**
309 Federal Building, 100 N.E. Monroe
Peoria, IL 61602
309-671-7117
Fax: 309-671-7120

| | | | |
|---|---|---|---|
| **To:** | IDOC, Video Scheduler, | **Date:** | March 13, 2008 |
| **Fax #:** | 217/522-3568 | **Pages:** | 2, including this cover sheet. |
| **From:** | Sarah | | |
| **Subject:** | Scheduling of Video Conferencing Equipment | | |

COMMENTS:   This is for 08-1064

   IDOC, Video Scheduler:
      Please schedule the video time as indicated.  THIS IS A MULTI-POINT CONNECTION. If you have any questions, please do not hesitate to call me.

   *Confirmation needed*