# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Anthony R. Boykin**

vs.

Case Number: **08-1064**

**Beasley, et al.**

**DECISION BY THE COURT**. This action came before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 37(b) and 41(b). The parties are to bear their own costs.

ENTER this 22nd day of January, 2010

PAMELA E. ROBINSON, CLERK

s/M. Bailey
BY: DEPUTY CLERK